IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| EMPLOYERS-SHOPMENS LOCAL 516 PENSION TRUST; CORAL CONSTRUCTION COMPANY RESTATED EMPLOYEE PROFIT SHARING PLAN & TRUST; WESTERN STATES HEALTH AND WELFARE TRUST FUND OF THE OPEIU, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 05-444-KI |
| vs. | ) ) | ORDER |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; HARTFORD FIRE INSURANCE COMPANY; SEABURY & SMITH, INC. d/b/a MARSH ADVANTAGE AMERICA; WILLIS OF OREGON, INC., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Page 1 - ORDER

Michael E. Farnell
Emily S. Robertson
Parsons Farnell & Grein, LLP
805 S. W. Broadway, Suite 1560
Portland, Oregon  97205

    Attorneys for Plaintiffs

G. Kevin Kiely
William J. Lehman
Cable Huston Benedict Haagensen & Lloyd
1001 S. W. Fifth Avenue, Suite 2000
Portland, Oregon  97204

Michael R. Davisson
Susan Koehler Sullivan
Sedgwick Detert Moran & Arnold, LLP
801 S. Figueroa Street, 18th Floor
Los Angeles, California  90017-5556

Thomas H. Nelson
825 N. E. Multnomah, Suite 925
Portland, Oregon  97232

John Spencer Stewart
Thomas A. Larkin
Stewart Sokol & Gray, LLC
2300 S. W. First Avenue, Suite 200
Portland, Oregon  97201-5047

Dwain M. Clifford
James T. McDermott
Ball Janik, LLP
101 S. W. Main Street, Suite 1100
Portland, Oregon  97204

Bruce A. Rubin
Justin C. Sawyer
Miller Nash, LLP
3400 US Bancorp Tower
111 S. W. Fifth Avenue
Portland, Oregon  97204-3699

James H. Gidley
Kevin M. Sali
John P. Nusbaum
Perkins Coie, LLP
1120 N. W. Couch Street, 10th Floor
Portland, Oregon  97209-4128

    Attorneys for Defendants

KING, Judge:

    Plaintiffs' Motion to Remand (#32) is granted.  This action is remanded to Multnomah County Circuit Court.  Defendant Seabury & Smith, Inc.'s Motion to Sever (#55) is moot.  Hartford Fire Insurance Company's Motion to Consolidate Case No. CV05-444-KI with Case No. CV05-221-KI (#25), filed in CV05-221-KI, is denied as moot.

    IT IS SO ORDERED.

    Dated this ___6th___ day of July, 2005.

                                        /s/ Garr M. King
                                        Garr M. King
                                        United States District Judge